| | |
|---|---|
| ERIC R. BLANK, ESQ.<br>Nevada Bar No. 006910<br>**LAW OFFICES OF ERIC R. BLANK, P.C.**<br>8960 W. Tropicana Ave., Suite 300<br>Las Vegas, Nevada 89147<br>Tel.: (702) 222-2115<br>Fax: (702) 227-0615<br><br>Attorney for Plaintiff | CHRISTINE M. EMANUELSON, ESQ.<br>Nevada Bar No. 010143<br>**HINES CARDER LLP**<br>5940 South Rainbow Boulevard<br>Las Vegas, Nevada 89118<br>Tel.: (702) 933-7829<br>Fax: (702) 947-6757<br><br>Attorneys for Defendant<br>Nationwide Insurance Company<br>of America |

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FRANKLIN ZEH, III, an individual<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; DOES I-V and ROE CORPORATIONS VI-X, inclusive,<br><br>            Defendants. | CASE NO. 13-cv-01773-JAD-CWH<br><br>[Lower Court Case No. A—13-686086-C<br> District Court of Clark County, Nevada]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

   Plaintiff JAMES FRANKLIN ZEH, III and Defendant NATIONWIDE INSURANCE COMPANY OF AMERICA ("NICOA") by and through their attorneys of record, have reached a settlement agreement in this matter without any admission of liability.

///

///

///

///

Pursuant to the settlement agreement, it is hereby stipulated by and between Plaintiff and NICOA, through their respective attorneys of record, that this entire action shall be dismissed with prejudice, with each party to bear its own fees and costs.

Dated:  April 8, 2014

**LAW OFFICES OF ERIC R. BLANK, P.C.**

/s/ *Eric R. Blank*
Eric R. Blank, Esq.
Attorney for Plaintiff
JAMES FRANKLIN ZEH, III

Dated:  April 8, 2014

**HINES CARDER LLP**

/s/ *Christine M. Emanuelson*
Christine M. Emanuelson, Esq.
Attorney for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

## ORDER

Based on the above Stipulation, and good cause appearing, **IT IS SO ORDERED** that this entire action is dismissed with prejudice.  Each party is to bear its own fees and costs.

Dated:  April 8, 2014.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on March 7, 2014, I received concurrence from NICOA's counsel, Christine M. Emanuelson, to file this document with her electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 7, 2014

/s/ *Eric R. Blank*
Eric R. Blank, Esq.